Leeeric Bess
75 Langford Dr. Monroe La 71202

(318) 789-7167

# UNITED STATES DISTRICT COURT

OTC

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - MONROE

MAY 0 6 2020

TONY R. MOORE, CLERK
BY ______ DEPUTY

for the

Western District of Louisiana

_______ Division

Leeeric Tyrone Bess

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Graphic Packaging International, LLC

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 3:20-cv-0586
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Leeeric Tyrone Bess |
| Street Address | 75 Langford Dr. |
| City and County | Monroe |
| State and Zip Code | Louisiana 71202 |
| Telephone Number | (318) 789-7167 |
| E-mail Address | Mr.Bess@ymail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Leerie Bess
75 Langford Dr. Monroe La 71203
(318) 789-7167

Defendant No. 1

| | |
|---|---|
| Name | Graphic Packaging International, LLC |
| Job or Title *(if known)* | Blair Berman |
| Street Address | 1500 Riveredge Pkwy., NW, Ste. 100 |
| City and County | Atlanta |
| State and Zip Code | Georgia 30328 |
| Telephone Number | 770.240.7923 |
| E-mail Address *(if known)* | blair.berman@graphicpkg.com |

Defendant No. 2

| | |
|---|---|
| Name | Graphic Packaging International, LLC |
| Job or Title *(if known)* | E. Jewelle Johnson, Assistant General Counsel and CEC |
| Street Address | 1500 Riveredge Pkwy., NW, Ste. 100 |
| City and County | Atlanta |
| State and Zip Code | Georgia 30328 |
| Telephone Number | 770.240.7923 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Graphic Packaging International, LLC |
| Job or Title *(if known)* | |
| Street Address | 1070 Jonesboro Rd |
| City and County | West Monroe |
| State and Zip Code | Louisiana 71292 |
| Telephone Number | 318.362.2000 |
| E-mail Address *(if known)* | amy.pumhrey@graphicpkg.com |

Defendant No. 4

| | |
|---|---|
| Name | Graphic Packaging International, LLC |
| Job or Title *(if known)* | |
| Street Address | 430 Hwy 594 |
| City and County | Monroe |
| State and Zip Code | Louisiana 71203 |
| Telephone Number | 318.582.4660 |
| E-mail Address *(if known)* | amy.pumphrey@graphicpkg.com |

Terrance Bond
75 Lansford Dr. Monroe La 71202
(318) 789-7167



**C. Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Graphic Packaging International, LLC |
| Street Address | 1070 Jonesboro Rd |
| City and County | West Monroe |
| State and Zip Code | Louisiana 71292 |
| Telephone Number | 318.362.2000 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

(318) 789-7167

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☑ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☑ Other acts *(specify)*: Workman's Compensation Retaliation

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

06/22/2019

C. I believe that defendant(s) *(check one)*:

- ☐ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐ race
- ☐ color
- ☐ gender/sex
- ☐ religion
- ☐ national origin
- ☑ age *(year of birth)* 1979 *(only when asserting a claim of age discrimination.)*
- ☑ disability or perceived disability *(specify disability)*

  carpal tunnel syndrome and cervical spine

E. The facts of my case are as follows. Attach additional pages if needed.

On November 3, 2014, I began my employment with Graphic Packaging International LLC, most recently working as a Feeder Operator earning $18.82 per hour. On December 22, 2017, I began FMLA leave due to my disability. On February 16, 2018, my Workers Compensation claim against the company was approved for partial medical benefits. In or near August 2018, the companys attorney, FLNU, asked me if I could return to work. On the same date, I informed the attorney that my doctor had not released me and I was in too much pain to work. On June 22, 2019, I was discharged by the company. The company employs more than 500 persons. According to the Separation Notice, I was discharged because I did not return to work from medical leave. I believe I have been discriminated against based on my disability in violation of the Americans with Disabilities Act, as amended; and **based on my age, 40** years, in violation of the Age Discrimination in Employment Act of 1967.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*
02/07/2020

B. The Equal Employment Opportunity Commission *(check one)*:

- ☐ has not issued a Notice of Right to Sue letter.
- ☑ issued a Notice of Right to Sue letter, which I received on *(date)* 02/07/2020 .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

- ☑ 60 days or more have elapsed.
- ☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Leeeric Bess
75 Lansford Dr. Monroe La 7120
(318) 789-7167

Compensatory damages- 575,000.00
Loss of wages-200.000.00-225.000.00
Punitive damages-150,000,000.00

I am entitled to these federal notes because I was discriminated against and punished with retaliation for filing a workman's compensation claim.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 05/04/2020

Signature of Plaintiff: Leeeric Tyrone Bess *Leeeric Bess*

Printed Name of Plaintiff: Leeeric Tyrone Bess

### B. For Attorneys

Date of signing: ________

Signature of Attorney: ________

Printed Name of Attorney: ________

Bar Number: ________

Name of Law Firm: ________

Street Address: ________

State and Zip Code: ________

Telephone Number: ________

E-mail Address: ________

Leerie Tyrone Bess

75 Langford Dr.

Monroe, La 71202

318 789-7167